

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| DANIELLE ANN LOZANO, | § | No. 08-14-00209-CR |
|---|---|---|
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 291st District Court |
| | § | |
| | | of Dallas County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# F-14-33307-U) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect **"Open Plea:  7 Years Penitentiary."**  We therefore affirm the judgment of the trial court as reformed, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.